# CIVIL RIGHTS COMPLAINT FORM

## FOR USE IN ACTIONS UNDER 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT FOR THE

### NORTHERN DISTRICT OF FLORIDA

### PANAMA CITY DIVISION

1. Willie Smith                    ,

2. _____ ,

3. _____ .

(Enter the full name of each plaintiff,
plus inmate number (if applicable).
Begin the name of each plaintiff on a new
line. The entire name of each party
should be in capital
letters. Descriptive terms such as a party's title
or job position should be in normal
case.)

vs.

CASE NUMBER: 5:02 cv 23 MMP/smN
(To be assigned by Clerk)

1. J. Petrousky- Individual capacity , D. L Gevins - Individual Capacity
2. Ron Castle - Individual capacity , Cept. William Churchwell - Individual Capacity
3. L. m. Finney- Individual capacity , D. T. Sanford - Individual capacity
4. Vickie Burnham- Individual capacity, mR. Russo - Individual Capacity

(Enter the full name of each defendant in
the same manner as above. If additional
space is required, use the blank area
directly to the right.)

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

8PS

RECEIVED

FILED

REVISED 7/97

## I.  PLAINTIFFS:

State your <u>full name</u>, inmate number, and full mailing address in the lines below.  Include the name of the institution in which you are confined.  Do the same for any additional Plaintiffs:

    (A)  Plaintiff's name: _Willie Smith_

         Plaintiff's inmate number: _040330_

         Prison or jail: _Prison_

         Mailing address: _Apalachee Correctional Institution, 52 West unit Drive, Sneads Fl. 32460_

## II.  DEFENDANTS:

State the <u>full name</u> of the defendant, official position, mailing address, and place of employment.  Do the same for <u>every</u> defendant.

    (1)  Defendant's name: _J. Petrovsky_

         Official position: _Superintendant_

         Mailing address: _5850 E, milton Road, milton Fl. 32583_

         Employed at: _Santa Rosa correctional, Prison,_

    (2)  Defendant's name: _Ron Castle_

         Official position: _Grievance Procedure_

         Mailing address: _5850 E milton Road, milton, Fl, 32583_

         Employed at: _Santa Rosa, Prison_

    (3)  Defendant's name: _L. M. Finney_

         Official position: _Correctional officer I_

         Mailing address: _5850 E, milton Road  Milton Fl, 32583_

         Employed at: _Santa Rosa, Prison_

<u>ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS</u>

Defendants

1. Defendants name : Vickie Burnham
   official Position : Captain
   mailing ADDRESS : 5850 E. milton Road, Milton Fl. 32583
   employed at : Santa Rosa, Prison

2. Defendants name : D. Levins
   official Position : Sargent
   Mailing Address : 5850 E. milton Road, milton Fl. 32583
   employed AT : Santa Rosa, Prison

3. Defendants name : William Church well
   official Position : Captain
   mailing addess : 5850 E. milton Road, Milton Fl. 32583
   employed AT : Santa Rosa, Prison

4. Defendants name : D.T. Sanford
   official Position : Classification
   mailing address : 5850 E. milton Road, milton, Fl 32583
   employed at : Santa Rosa, Prison

5. Defendants Name : MR. Russo
   official Position : Prison Inspector
   mailing Address : 5850 E milton Road, milton Fl. 32583
   employed at : Santa Rosa, Prison

III. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

NOTE: THE COURT WILL NOT ACCEPT THE COMPLAINT FOR FILING UNTIL PLAINTIFF(S) FILL OUT THE FOLLOWING REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES. UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 42 U.S.C. § 1997e (AS AMENDED), THIS COMPLAINT IS SUBJECT TO DISMISSAL IF THE CLAIMS PRESENTED HAVE NOT BEEN PROPERLY EXHAUSTED.

  A. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?

             Yes (X)              No ( )

     [If your answer is YES, answer all the questions in this subsection. If your answer is NO, proceed to subsection III B.]

     Exhaustion of administrative remedies pursuant to Fla. Admin. Code Chapter 33-29 is required prior to pursuing a civil rights action concerning events occurring within the Florida Department of Corrections. Any required grievances, appeals, and responses **must** be submitted to the Court to verify exhaustion. Each plaintiff must complete a separate Section III.

     EXHAUSTION STEPS REQUIRED:

     * Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Medical Grievance, Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance Involving Disciplinary Action.

          a.   Formal Grievance to Superintendent or to the Office of Secretary (Form DC1-303)
          b.   Appeal to the Office of Secretary (Form DC1-303)

     * General Grievance

          a.   Informal Grievance (Form DC3-005)
          b.   Formal Grievance (Form DC1-303)
          c.   Appeal to the Office of Secretary (Form DC1-303)

     EXHAUSTION STEPS TAKEN:

     1.   Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Medical Grievance, Grievance Concerning Violation of Americans with Disabilities Act (ADA), Grievance Involving Admissible Reading Material, Grievance Governed by Fla. Admin. Code Rule 33-11.0065 Incentive Gain Time, Grievance

Involving Disciplinary Action (these are requests for Administrative Remedy or Appeal, by-passing the informal grievance step).

     a.   Did you submit your grievance directly to the Superintendent and/or to the Office of Secretary (Form DC1-303)?

          Yes( )             No(✗)

     b.   If so, you must attach a copy of the grievance and response to this complaint form.

     c.   Were you denied emergency status or otherwise required to first file an informal grievance?

          Yes(✗)          No( )

     d.   Did you have a disciplinary hearing concerning this matter?

          Yes(✗)          No( )

     e.   If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this complaint form.

  2.   Informal Grievance (Request for Interview)

     a.   Did you submit an informal grievance (Form DC3-005)?

          Yes( )             No(✗)

     b.   If so, you must attach a copy of the grievance and response to this complaint form.

  3.   Formal Grievance (Request for Administrative Remedy or Appeal)

     a.   Did you submit a formal grievance (Form DC1-303)?

          Yes(✗)          No( )

     b.   If so, you must attach a copy of the grievance and response to this complaint form.

  4.   Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

     a.   Did you submit an appeal to the Office of the

4

Secretary (Form DC1-303)?

Yes ☒          No ( )

b.  If so, you must attach a copy of the appeal and response to this complaint form.

B.  DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL?

Yes ( )          No ☒

If your answer is YES, answer the following questions.

1.  Is there a grievance procedure at your institution or jail?

Yes ( )          No ( )

2.  Did you present the facts relating to your complaint in the prison grievance procedure?

Yes ( )          No ( )

3.  If your answer is YES:

a.  What steps did you take?

b.  What were the results?

4.  If your answer is NO, explain why not:


IV.  PREVIOUS LAWSUITS

NOTE: UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 28 U.S.C. § 1915 (AS AMENDED), NO PRISONER SHALL BRING A CIVIL ACTION OR APPEAL A JUDGMENT IN A CIVIL ACTION UNDER 28 U.S.C. § 1915 IF THE PRISONER HAS, ON 3 OR MORE PRIOR OCCASIONS, WHILE INCARCERATED OR DETAINED IN ANY FACILITY, BROUGHT AN ACTION OR APPEAL IN A COURT OF THE UNITED STATES THAT WAS DISMISSED ON THE GROUNDS THAT IT IS FRIVOLOUS, MALICIOUS, OR FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, UNLESS THE PRISONER IS UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY.  THEREFORE, IT IS EXTREMELY IMPORTANT THAT THIS SECTION BE COMPLETED IN **THE MOST TRUTHFUL AND COMPLETE MANNER POSSIBLE**.  FAILURE TO GIVE COMPLETE AND TRUTHFUL INFORMATION ABOUT PRIOR CASES CAN RESULT IN THE **DISMISSAL** OF THIS ACTION.

A.  Have you initiated other actions in **state** court dealing with the same or similar facts or issues as involved in this action?      Yes ( )      No ☒

B.   Have you initiated other actions in **federal** court dealing
     with the same or <u>similar</u> facts or issues as involved in
     this action?      Yes( )     No(X)

C.   If your answer to either (A) or (B) is YES, describe each
     action in the space provided below.  If there is more
     than one action, describe all additional actions on a
     separate piece of paper, using the same format as below.

     (1)  Parties to previous action:

          Plaintiff(s):
          Defendant(s):

     (2)  Court (if federal court, name the district; if
          state court, name the county):

     (3)  Docket Number:

     (4)  Name of Judge:

     (5)  Briefly describe the facts and basis of the action:

     (6)  Disposition (Was the case dismissed?  If so, why?
          Did you appeal?  What result?):

     (7)  Approximate filing date:

     (8)  Approximate disposition date:

D.   Have you initiated other actions (other than those listed
     in (A) or (B)) in state or federal court relating to the
     fact or manner of your imprisonment or the conditions of
     your imprisonment?  Yes( )   No(X)

E.   If your answer to (D) is YES, describe each action in the
     spaces below.  Attach additional pages if necessary.

     (1)  Court (if federal court, name the district; if
          state, name the county):

     (2)  Docket Number:

     (3)  Parties to the previous action
          (a). Plaintiff(s):
          (b). Defendant(s):

     (4)  Basis of action:

     (5)  Is it still pending?  Yes( )    No( )

V.    STATEMENT OF FACTS:

Using numbered paragraphs, state as briefly as possible the **FACTS**
of your case.   Describe how each defendant was involved and what
each did or did not do to give rise to your claim.   Include the
names of persons involved, dates, times, and places.   State exactly
what happened.   **DO NOT make any legal arguments or cite any cases
or statutes.**   You may make copies of these pages and attach
additional sheets of paper if needed:

① C.O.I Finney Lied and wrote me a d.R. for disrespect. I had 3 witnesses
that said he never come in the confinement wing as he claimed that he
did on the D.R. Report.

② I showed prison inspector Russo the sworn testimonies of my 3 witnesses That
C.O.I Finney was Lying and he said "what do you want
me to do about it. C.O.I Finney Theres nothing I can do"

③ Superintendant Petcovshy was written a request slip about the issue
By one of
and said it my witnesses and he told him to tell me to file an appeal

④ Sgt Levins and Capt. Burnham submitted Lies on their witness statement
when they asked me about C.O.I Finney's allegations, and said that I
was unruley and loud to enforce C.O.I Finneys claim.

⑤. Capt. Churchwell and D. Sanford Found me guilty at my D.R. Hear-
ing regardless of the fact that I had 3 witnesses plus my self
that said C.O.I Finney was Lying.

⑥ Rum Castle and Supt. Petcovshy denied my emergency grievance, that
I was in confinement on a lie and were complacent about the sit-
uation. Violation of Chap.33,208,002 no inmate is to be subjected
to malicious punishment. Violation of Chap. 33.601 no inmate is
to be in confinement or found guilty on a D.R. when the facts
don't support the charge. and chap. 33.208. no D.O.C. employ-
ee is to be bias against inmates.

## VI.   STATEMENT OF CLAIM:

State as briefly as possible what rights under the Constitution, laws, or treaties of the United States you claim have been violated.  Be specific.  Number each separate claim, and relate each claim to the facts in the complaint.  If the claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

(1) Pursuant to Fl. Statues 415.101 - 415.113 I am protected from Lies and malicious punishment, of being in confinement which is a loss of Liberty. That is the consequences of the Lie that C.O.I Finney told on me. That is also a violation of Chap 33.208.002 no D.O.C. employee will Lie on a inmate nor make a false Report

(2) For a corr. officer to Lie constitutes perjury and a violation that is punishable by imprisonment. Inspector Russo was to investigate these issues and didn't

(3) Chap 33.208.001 says that no warden or O.I.C. will watch and knowingly Let a sub ordinate commit a infraction of Chap 33F.A.C. Superintendent petcovsky did nothing when inmate coster sent in the request slip saying that C.O.I Finney had Lied on me.

(4) No D.O.C. employee will submit a false statement on a D.O.C. Report pursuant to chap 33.208.002 Sgt. Levins and capt. Burnham both lied on their witness statements about me being unruly.

(5) Capt. Churchwell and D. Sanford were Bias against me at my D.R. Hearing and found me guilty of disrespect contrary to the 3 witnesses sworn statement that C.O.I Finney Lied on me. Chap 33.208.002 No D.O.C. ~~emp~~ employee will be bias against me. Because they ~~ple~~ kept me in confinement on a Lie with a loss of liberty that caused me mental anguish

(6) Ron castle and supt. Patrovsky denied my emergency grievance and said that it was alright for me to be in confinement on a Lie, contrary to chap 33-601 which states that the facts must support the charge to be placed in confinement

## VII. RELIEF REQUESTED:

State briefly what relief you seek from this court.  Do not make any legal arguments or cite any cases.  You may, if you wish, cite statutes which authorize the relief requested, but need not do so.

Pursuant to Fl. Statues #15,101-415,113 I am protected from abusive situations. That was mental abuse that I endured by being in confinement on a lie. I am asking for a Judgement of $100,000.00 a day X 20 days Because every day was a abusive situation, Pursuant to Fl. Statue 415,111 all I can seek actual and punitive damages from all perpetrators. I ask for the $100,000.00 a day Judgement from each Individual Listed.

## VIII.   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

Signed this  10th  day of  January , 2002 .

_Willie Smith_

(Signature(s) of Plaintiff(s))

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**SANTA ROSA CORRECTIONAL INSTITUTION**

**OFFICE OF THE WARDEN**

| | | |
|---|---|---|
| **TO** | : | **Inmate  Willie A. Smith, DC #040330** |
| | | **Apalachee West Unit, B1135s** |
| **FROM** | : | **J.S. Petrovsky, Warden, Santa Rosa C.I.** |
| | | **R. Castle, Grievance Coordinator** |
| **DATE** | : | **December 19, 2001** |
| **SUBJECT** | : | **Grievance Appeal 01-634078** |
| | | **Formal Grievance 1101-098 (Santa Rosa C.I.)** |

As you are aware, the above grievance was returned to the institution for further review and response.

Your Formal Grievance #1101-098 was returned to you without action as it was filed as an "Emergency" and this Institution determined an Emergency did not exist and you were advised you could "redress the issue through normal grievance procedures". You did re-file another grievance on the same issue, Disciplinary Report #119-011862, with Formal Grievance #1101-211. The "response" to Formal Grievance #1101-211 did address the issues originally presented in Formal #1101-098.

Considering the above information, Formal Grievance #1101-098 is a moot issue as your complaint has been responded to.

To receive further administrative review of your complaint, you must obtain form DC1-303, Request for Administrative Remedy or Appeal, complete the form, providing attachments as required, and submit the form to the Bureau of Inmate Grievance Appeals, 2601 Blairstone Road, Tallahassee, Florida, 32399, within fifteen (15) days from the date of this response.

*R. Castle*
_____
**R. Castle, Grievance Coordinator**

*J S Whitehead*
_____
for - **J.S. Petrovsky, Warden**

JSP/rc

cc:    Central Office
        Grievance Coordinator's File
        Inmate File

State of Florida
Department of Corrections

## OATH OF VERIFICATION

Under penalties of perjury, I _James White_ declare that I have read the foregoing

(document) and that the facts stated in it are true.

_10-31-01_
Date

_James White C0189857_
Signature of Declarant  D.C. No #
189857

## CERTIFICATE OF SERVICE

### STATEMENT OF FACTS

~~I hereby certify that a true and correct copy of the foregoing (document) has been furnished by the U.S.~~
~~Mail postage pre-paid to:~~ The D.R. That Willia Smith received on 10-31-01 For Disorderly
Conduct, Because C.O.I Finney stated that inmate smith was yelling on the door
and he counciled inmate Smith is a policy, C.O.I Finney was in the officers
Station. The only Three officers that worked the wing were Sgt Noland, C.O.I
Shane and C.O.I ~~Remando~~ Inmate Smith and I are roommates and we were
Playing Chess From 3p.m. until 10 p.m. and C.O.I Finney never came to our
room Door as he placed in ~~this~~ Inmates Smith Disciplinary Report Nor
Did he come in the wing on 10-28-01 At any time.

This _31_ day of _October_, 20_01_.

Institution and address:
_Santa Rosa Correctional_
_5850 E Milton Road_
_Milton Fl._
_32583_

DC2-527 (3-01)

**State of Florida**
**Department of Corrections**

## OATH OF VERIFICATION

Under penalties of perjury, I _TAVARES A. CARTER_ declare that I have read the foregoing

(document) and that the facts stated in it are true.

_10/31/01_
Date

_TAVARES A. CARTER 273538_
Signature of Declarant _N.C. 100#_

## CERTIFICATE OF SERVICE
_STATEMENT OF FACTS_

~~I hereby certify that a true and correct copy of the foregoing (document) has been furnished by the U.S.~~
~~Mail postage prepaid to:~~ ON-10-28-01 From 3pm until 10:pm. only three C.O.S came
into the wing And that was Sgt. Noland, C.O.I Shane, C.O.I Rios and C.O.I Finney
Stayed in the officers station from 3pm until 10 pm. every time the door ope-
ened. I looked out of my window and Co. I Finney was sitting in the
Officers Station and when I looked out of my window with out any Doors
Being opened I saw C.O.I Finney in the officers station. C.O.I Finney Did not
Come into the wing as he said that he did on 10-28-01

This _31_ day of _October_, 20 _01_.

Institution and address:
_Santa Rosa_
_5850 E milton Road_
_milton Fl._
_32583_

DC2-527 (3-01)

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**(Instructions on Back)**

Mail Number: _____
Team Number: _____
Institution: _____

01 -3321

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Dental | ☒ Other |
| --- | --- | --- | --- | --- |

| FROM: | Inmate Name<br>Willie Smith | DC Number<br>040330 | Quarters<br>D-1104 | Job Assignment<br>Un-enp | Date<br>10-31-01 |
| --- | --- | --- | --- | --- | --- |

**REQUEST** Informal Grievance

C.O.I Finley placed a false statement on Record and gave me a D.R. He worked the vestibule all night on 10-28-01 and claimed to counsel me about yelling when in fact Sgt. Noland, C.O.I Shane and C.O.I Ruiz worked the wings, and not him. Plus when sgt guy, sgt Levins and capt. Burnham came in my roommate and I was playing chess made out of toilet paper I was not and do not yell on doors or a C.O.S I put everything on paper. ~~I only~~ My room mate and I was playing chess all Day ~~Do~~ The Log should Be checked. My room mate and I was playing from 3:00 pm after we ate until Capt. Burnham and co. came By. The chess pieces are made of toilet paper.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**RECEIVED**
NOV 01 2001
ASST. SUPERINTENDENT OPERATIO
S.A.R.C.I.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** Forward to Capt Schwarz                **DATE RECEIVED:**

GREIVANCE DENIED:

THIS INFORMAL GRIEVANCE HAS BEEN RECEIVED, AND REVIEWED. OFFICER L. FINNEY WAS INTERVIEWED BY ME, AND ADVISED THE DISCIPLINARY REPORT WRITTEN BY HIM ON SUNDAY, OCTOBER 28, 2001 CHARGING INMATE SMITH, WILLIE DC-040-330 (ASSIGNED CELL D-1104 LOWER) FOR 9-17 (DISORDERLY CONDUCT) IS TRUE, AND ACCURATE AS WRITTEN.

ON SUNDAY, OCTOBER 28, 2001 I WAS PRESENT WITH CAPTIAN V. BURNHAM WHILE SHE WAS CONDUCTING A ROUT-INE SHIFT SUPERVISOR SECURITY CHECK OF D-DORMITORY. WHILE SHE CONDUCTED THE SECURITY CHECK I ATTEMPTED TO COUNSEL WITH INMATE SMITH ABOUT THE DISRUPTIVE BE HAVIER, HE HAD DISPLAYED PRIOR TO OUR ARRIVAL. CAPTIAN BURNHAM WAS PRESENT WHILE I ATTEMPTED TO COUNSEL WITH INMATE SMITH, AT WHICH TIME HE BECAME LOUD, AND ARGUMENTIVE. SERGEANT GUY WAS NOT PRESENT DURING THIS INCIDENT.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is DENIED . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): Sergeant J.P. Levin | Date: Sunday November 11, 2001 |
| --- | --- |

Distribution: White     -Returned to Inmate          Pink   -Retained by official responding, or if the response is to an
Canary   -Returned to Inmate                     informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

*J.S. Petrovsky*

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other, *J.S. Petrovsky* |
|---|---|---|---|---|

| FROM: | Inmate Name *Tavares L Carter* | DC Number 273538 | Quarters D-1203U | Job Assignment N/A | Date 10/31/01 |
|---|---|---|---|---|---|

## REQUEST

This Request is Concerning the D.R that was Written on "inmate Willie Smith"

On 10/28/01 C.O 1st Finney violated chapter 33-208.002 and wrote a false statement on A D.O.C document. On 10/28/01 C.O 1st Finney worked the control booth from 3:00pm until shift change. The only ones that worked the wings were Sgt McLain C.O 1st Shane and C.O 1st Riz. C.O 1st Finney did not enter this wing (wing 4th) at No such time. Therefore, the D.R that he wrote this Inmate Willie Smith 040330 is a FALSE statement!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

## DO NOT WRITE BELOW THIS LINE

### RESPONSE

DATE RECEIVED: _____

Use the Appeal Process

419 - 011453

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 10/1/01 |
|---|---|

Distribution:   White   -Returned to Inmate       Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate               informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

*D/104L* *Transfered*

**RECEIVED**

NOV 19 2001

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

SANTA ROSA CORRECTIONAL INSTITUTION
ASST. SUPT.-PROGRAMS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Superintendent   ☐ Assistant Superintendent   ☐ Secretary, Florida Department of Corrections

FROM: _Smith  Willi  Q_    _040330_    _Santa Rosa Correctional_
Last Name, First, Middle Initial          Number       Institution

*1101-211*

### PART A – INMATE GRIEVANCE

C.O. I Finney wrote me a D.R. Log no# 119-011862 for Disorderly Conduct, I have 3 witnesses, James White, Taveres Carter, and Zion Smith that C.O. I Finney Lied on me. He was in the officer station all day sunday on - 10-28-01 from 3 pm until 11 pm.

(I grant for the fact that I need this grievance and answered to satisfy the federal court for the purpose of the law suit, I wouldn't waste my time on this travesty and joke of a grievance procedure here.)

_11-17-01_                     _Willi Smith  040330_
Date                          Signature of Grievant and D.C.#

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____/_____
                                                        #          Signature

### PART B – RESPONSE

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

C.O. FINNEY WAS CONTACTED AND STATED THAT HIS REPORT IS TRUE AND FACTUAL REGARDING YOUR ACTIONS.  YOU DID NOT LIST INMATES ZION SMITH AND TAVERES CARTER AS WITNESSES ON THE DC4-804B "WITNESS DISPOSITION FORM".  ALL STATEMENTS FROM LISTED WITNESSES WERE READ AND CONSIDERED BY THE DISCIPLINARY HEARING TEAM BEFORE REACHING THE VERDICT OF GUILTY.

THEREFORE, YOUR GRIEVANCE IS **DENIED**.

TO RECEIVE FURTHER ADMINISTRATIVE REVIEW OF YOUR COMPLAINT, YOU MUST OBTAIN FORM DC1-303, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL, COMPLETE THE FORM, PROVIDING ATTACHMENTS AS REQUIRED, AND SUBMIT THE FORM TO THE BUREAU OF INMATE GRIEVANCE APPEALS, 2601 BLAIR STONE ROAD, TALLAHASSEE, FLORIDA, WITHIN THE TIME FRAMES SPECIFIED IN CHAPTER 33-103.

_R. Castle_                       _____   _12/11/01_
Signature and Typed or   **R. Castle**   Signature of Superintendent,   **J.S. Petrovsky**Date
Printed Name                     Assistant Superintendent, or
of Employee Responding           Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

*SH-Class*

*D1104L*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**

NOV 0 8 2001

SANTA ROSA CORRECTIONAL INSTITUTION
ASST. SUPT.-PROGRAMS

TO: ☒ Superintendent  ☐ Assistant Superintendent  ☐ Secretary, Florida Department of Corrections

FROM: Smith  Willie  A.                    040330 - Santa Rosa
   Last Name, First, Middle Initial              Number        Institution

Emergency Appeal For D.R. Log # 114 011862                    1101-098

(2.I.2)     PART A – INMATE GRIEVANCE

Pursuant to chap. 33. 601, 302, (I)(i')(b) The Hearing off. Shall ensure that the decision of guilt or inn-
ocence is made only on the official charge Listed on the disciplinary report, C.O. I Finney said
that he counseled me when no other staff member witnessed this alleged incident, I have 3 wit-
nesses with sworn testimony on oath of verification. (whose names I gave to inspector Russo, I hope
that a poly graph is next in line) Zion Smith, 191423 + James White 189857 + Tavares Carter 273538
That C.O.I Finney Had Lied on me because he was in the officers station from 3 Pm until
11 Pm, The decision of guilt was based on two statements Sgt Leavens Capt Burnham, " I did not witness
the incident " But " 3 hours Later we were to interview Smith and we could hear his voice Booming, "
That, But statement was not the issue, The issue was the False charge placed on me By
C.O.I Finney, once again I am in a abusive situation By being kept in confinement on a
lie, This abusive situation makes this an emergency + Loss of Liberty

11-02-01                              Willie Smith  040330
Date                                  Signature of Grievant and D.C.#

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ /
                                                                    #        Signature

---

PART B – RESPONSE

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND
EVALUATED.

EVALUATION OF THIS ISSUE HAS FAILED TO SHOW THAT AN EMERGENCY EXISTS. THEREFORE, THIS
GRIEVANCE IS BEING **RETURNED** WITHOUT FURTHER PROCESSING.

YOU ARE ADVISED THAT YOU MAY REDRESS THIS ISSUE THROUGH NORMAL GRIEVANCE PROCEDURES
DESCRIBED IN CHAPTER 33-103, F.A.C.

R. Castle
Signature and Typed or
Printed Name           **R. Castle**
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or     **J.S. Petrovsky**
Secretary's Representative

11/13/01
Date

CASTLE
SA-GLASS

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
TEAR ON PERFORATION

1104

--------------------------------------------------------------------------------
DCR: 041391   INMATE NAME: SMITH, WILLIE A.                    INFRACTION
VIOLATION CODE: 9-17   TITLE: DISORDERLY CONDUCT               DATE: 10 28 01
FACILITY CODE: 118    NAME: SANTA ROSA C.I.                    TIME: 17:10
--------------------------------------------------------------------------------

I.   STATEMENT OF FACTS
     ON OCTOBER 28, 2001 AT APPROXIMATELY 5:10PM WHILE ASSIGNED
     AS DORM HOUSING SECURITY OFFICER, I WAS CONDUCTING ROUTINE
     SECURITY CHECKS IN WING ONE, I OBSERVED INMATE SMITH,
     WILLIE DCR#041391, WHO IS HOUSED IN CELL#1, YELLING OUT HIS
     CELL DOOR.  I ATTEMPTED TO COUNSEL WITH INMATE SMITH AND **he**
     BECAME VERY UNRECEPTIVE TO MY COUNSELING.  I/M SMITH CON-
     TINUED TO YELL AND BE DISRUPTIVE.  THE SHIFT SUPERVISOR
     WAS NOTIFIED OF THIS INCIDENT AND AUTHORIZED THIS REPORT.
     I/M SMITH WILL REMAIN IN HIS CURRENT STATUS PENDING DIS-
     CIPLINARY TEAM ACTION.


     REPORT WRITTEN: 10 28 01, AT 18:5?M   OFFICER: FLINO - FINNEY, L. M.
--------------------------------------------------------------------------------

II.  INMATE NOTIFICATION OF CHARGES; DATE DELIVERED: **10.31.01** AT **9:10am**

     ✓ NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
     EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
     NOTICE OF THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
     33-601, FLORIDA ADMINISTRATIVE CODE.

               DELIVERED BY: _____ - _____
--------------------------------------------------------------------------------

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:
--------------------------------------------------------------------------------

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307?10 FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.
--------------------------------------------------------------------------------

DELIVER OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR
TO THE COMMENCING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING
PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS
YOU SIGN THE WAIVER.
--------------------------------------------------------------------------------

D11042

```
                    FLORIDA DEPARTMENT OF CORRECTIONS              11/06/01
ISS0158   4)              DISCIPLINARY REPORT                      PAGE   1
                          HEARING INFORMATION
                          LOG # 119-011262
-----------------------------------------------------------------------------
 DC#; 040350   INMATE NAME: SMITH, WILLIE A.                    INFRACTION
 VIOLATION CODE; /9-7   TITLE: DISORDERLY CONDUCT              DATE: 10/28/01
 FACILITY CODE:  119     NAME:  SANTA ROSA C.I.                TIME: 17:00
-----------------------------------------------------------------------------
        TEAM    FINDINGS AND ACTION   DATE: 11/06/01. AT: 14:12
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
        INMATE PRESENT: YES
     POSTPONEMENT:
     BASIS FOR DECISION:
        BASED ON OFFICER FINNEY'S WRITTEN STATEMENT THAT I/M SMITH
        WAS YELLING OUT HIS CELL DOOR. ALSO CAPTAIN BURNHAMS WITNESS
        STATEMENT THAT LATER SHE WAS PRESENT WHILE SERGEANT LEAVINS
        WAS COUNSELING WITH SMITH AT WHICH TIME SMITH WAS LOUD AND
        COULD BE HEARD THROUGH OUT THE WING. AND SERGEANT LEAVINS
        WRITTEN STATEMENT THAT ALTHOUGH HE WAS NOT PRESENT WHEN
        OFFICER FINNEY OBSERVED I/M SMITH'S DISORDERLY BEHAVIOR HE
        WAS PRESENT WITH CAPT BURNHAM WHILE COUNSELING WITH SMITH.
        AND AT THAT TIME HE WAS ARGUMENTIVE, LOUD AND DISRUPTIVE.
        ALL WITNESS STATEMENTS WERE READ AND CONSIDERED AS WELL AS
        SMITH'S ORAL STATEMENT TO THE DR HEARING TEAM.


  ACTIONS TAKEN:
   DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONSECUTIVE

   RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N------

  TEAM CHAIRMAN:   CWS01 - CHURCHWELL,WILLIAM E
  TEAM MEMBERS:    SGT00 - SANFORD,D.T.         ----- - --------------------
-----------------------------------------------------------------------------
------------ ----------------------------------------------------------------
```

MAILED / FILED
WITH AGENCY CLERK

DEC 0 6 2001

RECEIVED

DEC 0 4 2001

Department of Corrections

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden/Superintendent   ☐ Assistant Superintendent   ☒ Secretary, Florida Department of Corrections
Bureau of Inmate Grievance Appeals

FROM: _Smith Willie A._  _040330_  _Santa Rosa_
Last Name, First, Middle Initial        Number        Institution

_Emergency_        OT635619

**PART A – INMATE GRIEVANCE**

Prison inspector Russo came to see me about a abuse issue I showed him sworn statements of 3 inmates Tavares Carter, ZIon Smith and James White, That C.O. I Finney had lied on me. This man actually Did nothing about that issue. Major infractions of D.O.C. Policy such as that is one of his First priorities BEcause a Lie on D.O.C. Documents is a Crime, and this officer wrote me a DiR on a lie and that is a Crime of forgery and Falsefying documents. Because Being a law enforcement office your statement is automatically sworn to By the perjury Statue, (Because of Inspector Russo I have Received A Death THReat From staff, all I can say is this

_11-23-01_        Bring IT ON IM NOT AFRAID   _Willi Smith_ 040330
Date                TO DIE !!! )            Signature of Grievant and D.C.#

This is a racial Death threat

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
\#        Signature

---

**PART B – RESPONSE**

NOTE: This grievance is not accepted as a grievance of an emergency nature.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Your issued regarding death threats were referred to the investigative section of the Inspector General's Office.

Based on the foregoing information, your grievance is returned without action.

S. SALEM
Signature and Typed or        Signature of Superintendent,        Date  12/5/01
Printed Name        Assistant Superintendent, or
of Employee Responding        Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

Transfer

~~D. Holt~~

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**

NOV 0 9 2001

SANTA ROSA CORRECTIONAL INSTITUTION
Inspectors and Programs

TO: ☒ Superintendent   ☐ Assistant Superintendent   ☒ Secretary, Florida Department of Corrections

FROM: _Smith Willie Q_ _____   _040330   Santa Rosa_
Last Name, First, Middle Initial          Number      Institution

_APPEAL For D.R._                                                   _1101-110_

### PART A – INMATE GRIEVANCE

Pursuant to chap 33.601.308 I am only to be Found guilty on a Finding of Fact to do with the incident. I have 3 sworn witnesses that C.O. I Finney Lied on the D.R. about a incident that never Happened. inmates Tavares Carter #273538, Zion Smith #191423 and James White #189852, Have gave Statements that C.O. I Finney was Never in ~~Dorm~~ D, Doom, Wing I on 10-28-01, C.O.I Finney was stationed in the officers Station From 3pm until 11pm, I was found guilty because 3 hrs. Later sgt. levins and capt burnham said I was Loud when they questioned me. That has nothing to do with C.O.I Finney not being in wing I when he Lied and said that he was. ( Inspector Russo saw my witness statements )

_11-08-01_                        _040330   Willi Smith_
Date                              Signature of Grievant and D.C.#

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___/___
                                                                    #            Signature

### PART B – RESPONSE

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

PURSUANT TO CH.33-601.308 "THE DISCIPLINARY TEAM OR HEARING OFFICER'S FINDINGS SHALL ENUMERATE THE SPECIFIC FACTS DERIVED FROM THE DISCIPLINARY REPORT, THE DISCIPLINARY INVESTIGATIVE REPORT OR THE WITNESS STATEMENTS..." OFFICER FINNEY WAS CONTACTED AND STATED THAT THE STATEMENTS MADE WERE TRUTHFUL AND FACTUAL. AS DOCUMENTED IN THE BASIS OF FINDINGS ALL WITNESS STATEMENTS WERE READ AND CONSIDERED. THE STATEMENTS YOU REFER TO WERE TAKEN FROM WITNESS STATEMENTS PROVIDED. THEY ARE A TESTAMENT TO YOUR TEMPERAMENT AND DEMEANOR AT THE TIME. INSPECTOR RUSSO WAS CONTACTED AND STATED THAT HE HAS ALREADY INFORMED YOU THAT DISCIPLINARY REPORTS ARE NOT HANDLED IN HIS OFFICE AND REFERRED YOU TO CLASSIFICATION.

THEREFORE, YOUR GRIEVANCE IS **DENIED.**

TO RECEIVE FURTHER ADMINISTRATIVE REVIEW OF YOUR COMPLAINT, YOU MUST OBTAIN FORM DC1-303, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL, COMPLETE THE FORM, PROVIDING ATTACHMENTS AS REQUIRED, AND SUBMIT THE FORM TO THE BUREAU OF INMATE GRIEVANCE APPEALS, 2601 BLAIR STONE ROAD, TALLAHASSEE, FLORIDA, WITHIN THE TIME FRAMES SPECIFIED IN CHAPTER 33-103.

_R. Castle_ _____   **R. Castle**    _J. Petrovsky_ _____ **J.S. Petrovsky**   _12/7/01_
Signature and Typed or                   Signature of Superintendent,                 Date
Printed Name                             Assistant Superintendent, or
of Employee Responding                   Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

_50 - Class_

3:00CR44-002 LAC